UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JEFFREY HYSON**, 

        Plaintiff,

        v.

**MICHAEL J. ASTRUE**, Commissioner,
Social Security Administration,

        Defendant.

Civil Case No. 3:11-CV-01173-KI

JUDGMENT

    Merrill Schneider
    Schneider Caver Law Offices
    P. O. Box 14490
    Portland, Oregon  97293

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

  Adrian L. Brown
  Assistant United States Attorney
  1000 SW Third Avenue, Suite 600
  Portland, Oregon  97201-2902

  Kathryn A. Miller
  Special Assistant United States Attorney
  Office of the General Counsel
  Social Security Administration
  701 Fifth Avenue, Suite 2900 M/S 221A
  Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

  Based on the record,

  The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for further hearing.

  Dated this    26th    day of November, 2012.

            /s/ Garr M. King
            Garr M. King
            United States District Judge

Page 2 - JUDGMENT