UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JEFFREY HYSON**,                                                  Civil Case No. 3:11-CV-01173-KI

                          Plaintiff,

                                                                                JUDGMENT

                          v.

**MICHAEL J. ASTRUE**, Commissioner,
Social Security Administration,

                          Defendant.


            Merrill Schneider
            Schneider Caver Law Offices
            P. O. Box 14490
            Portland, Oregon  97293

                   Attorney for Plaintiff

            S. Amanda Marshall
            United States Attorney
            District of Oregon


Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Kathryn A. Miller
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED, and this case is REMANDED

to the Commissioner for further hearing.

      Dated this _____26th_____ day of November, 2012.


                               _/s/ Garr M. King_____
                               Garr M. King
                               United States District Judge